# United States Bankruptcy Court
### Eastern District of Missouri

In re   **Rickey Dale Atterberry**                                                 Case No.   **08-41605**

                                           Debtor(s)               Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby certifies/certify under penalty of perjury that the attached list containing the names and addresses of my creditors (Matrix), consisting of __3__ page(s) and is true, correct and complete.

                                          **/s/ Rickey Dale Atterberry**
                                          **Rickey Dale Atterberry**
                                          Debtor

                                       Dated:    **May 4, 2011**

AmerenUE
P. O. Box 66529
Saint Louis, MO 63166

Argent Healthcare Financial Svcs.
7650 Magna Drive
Belleville, IL 62223

Assetcare, Inc.
5100 Peachtree Industrial Blvd.
Norcross, GA 30071

Balance in Full, Inc.
2600 N. Carolina St.
Louisiana, MO 63353

CACV of Colorado
c/o Wally Pankowski
Amelung, Wulff &Willenbrock
705 Olive St 11th Fl
Saint Louis, MO 63101

Central Radiology Group, Ltd.
P. O. Box 79600
Saint Louis, MO 63179

Certegy Payment Recovery
11601 Roosevelt Blvd.
Saint Petersburg, FL 33716

Clark County District Attorney
Bad Check Diversion Unit
200 South Third St.
5th Floor
Las Vegas, NV 89101

CreditOne Bank
P. O. Box 60500
City Of Industry, CA 91716-0500

Discover Bank
c/o Agent
475 South Third St.
Columbus, OH 43215

Discover Financial
P. O. Box 8003
Hilliard, OH 43026

Gerard W. Washington
390 Monroe St.
Troy, MO 63379

Howard Thurman
451 W. Cherry St.
Troy, MO 63379

HSBC Card Services
PO Box 5222
Carol Stream, IL 60197-5222

HSBC Mastercard
HSBC Card Services
P. O. Box 5222
Carol Stream, IL 60197

Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346

Kohl's
PO Box 3120
Milwaukee, WI 53201-3120

Las Vegas Hilton
3000 Paradise Road
Las Vegas, NV 89109

Mark Newcomb


Medicredit Corporation
PO Box 16023
Saint Louis, MO 63105

Missouri Department of Revenue
P. O. Box 475
Jefferson City, MO 65105

My Cash Now 2


Norman G. Kaline, Esq.
38 E. Riegewood Ave. #395
Ridgewood, NJ 07450

Norman Kalina
38 E. Ridgewood Avenue
Ridgewood, NJ 07450

Northland Group, Inc.
P. O. Box 390846
Minneapolis, MN 55439

Orchard Bank Mastercard
PO Box 5222
Carol Stream, IL 60197-5222

OSI Collection Agency
1375 E. Woodfield Road
Schaumburg, IL 60173

PayDayOne
P. O. Box 101808
Fort Worth, TX 76185

Randall Gusdorf
Suite 1220
225 S. Meramec Ave.
Saint Louis, MO 63105-3511

Resurgent Capital Services
P. O. Box 5025
Sioux Falls, SD 57117-5025

Robert B. Zeldin
Attorney at Law
4324 BElleview #201
Kansas City, MO 64111

Robert Zeldin
4324 Belleview #201
Kansas City, MO 64111

Santander Corporaton
P. O. Box 660633
Dallas, TX 75266

SSM Health Care/St Joseph Hosp West
1015 Corporate Square Drive
Saint Louis, MO 63132

Wally J. Pankowski
Attorneys for CACV of Colorado, LLC
705 Olive St
11th Floor
Saint Louis, MO 63101-2234

Wyse Financial Services, Inc.
3410 S. Galena St. #250
Denver, CO 80231-5088