May 12, 2011

From: United States Bankruptcy Court, Eastern District of Missouri

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
In re: Rickey Dale Atterberry, Case Number 08-41605, bss

**TO THE DEBTOR:**

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated. Consult an attorney with any legal questions you might have.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule. THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.**

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) list each updated address below; 3) sign and date the form; and 4) file this form with the court.

---

**UNDELIVERABLE ADDRESS:** Gerard W. Washington, c/o 501 Highway J, Troy, MO 63379
**Reason Undeliverable:** Forwarding order has expired.
**THE UPDATED ADDRESS PROVIDED IS:**
390 MUNROE ST, TROY MO. 63379

~~UNDELIVERABLE ADDRESS: Mark Newcomb~~
~~Reason Undeliverable: Incomplete address~~
~~THE UPDATED ADDRESS PROVIDED IS:~~

*I sent this by email to Greg Allsberry on May 4th. Once again proving my point. He failed to represent me in my matters per my complaint I filed with the court.*

~~UNDELIVERABLE ADDRESS: My Cash Now 2~~
~~Reason Undeliverable: Incomplete address~~
~~THE UPDATED ADDRESS PROVIDED IS:~~

My Cash Now 2 is a website

_____        5/26/2011
Signature of Debtor or Debtor's Attorney        Date

The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

1